**Order entered January 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00841-CV

**ANDREA DAVILA, Appellant**

**V.**

**ROGER INFANTE, Appellee**

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-02198-2018**

## ORDER

Before the Court is appellee's January 29, 2019 unopposed motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on or before February 28, 2019. Appellee is cautioned that future motions must comply with rule 10.1(a)(5). *See* TEX. R. APP. P. 10.1(a)(5).

/s/     BILL WHITEHILL
JUSTICE